IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

    Plaintiff,                    No. CIV S-07-1176 WBS EFB P

    vs.

MULE CREEK STATE PRISON, et al.,

    Defendants.              ORDER

_____/

Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

Plaintiff's September 10, 2007, request is granted and plaintiff shall file an amended complaint within 30 days of the date this order is served.

So ordered.

DATED: September 18, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE