IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP ROSENBLUM,

        Plaintiff,                      No. CIV S-07-1176 WBS EFB P

    vs.

MULE CREEK STATE PRISON, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a second extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's June 18, 2008, request is granted and plaintiff has 30 days from the date this order is served to file an amended complaint. The court does not anticipate granting further extensions of time.

        So ordered.

Dated: June 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE