# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| PHILLIP ROSENBLUM, ) | 2:07-CV-01176- PMP-GWF |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| AKANNE, et al., ) | |
| Defendants. ) | |

Before the Court for consideration is Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #23) filed January 20, 2009, Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #24) filed February 13, 2009, and Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #25) filed February 17, 2009, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #23) is DENIED as moot, as the time has elapsed.

**IT IS FURTHER ORDERED that** Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #24) is GRANTED.

**IT IS FURTHER ORDERED that** Plaintiff's Request for Extension of Time to File Objections to Findings and Recommendations (Doc. #25) is GRANTED.

DATED: February 26, 2009.

_____
PHILIP M. PRO
United States District Judge