UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| PHILLIP ROSENBLUM,<br><br>        Plaintiff,<br><br>vs.<br><br>AKANNE, et al.,<br><br>        Defendants. | 2:07-CV-01176-PMP-GWF<br><br>**ORDER** |

Before the Court for consideration is Plaintiff Phillip Rosenblum's Request for an Extension of Time to File Objections to Magistrates Findings and Recommendations (Doc. #27), filed on March 18, 2009, and good cause appearing,

**IT IS ORDERED that** Plaintiff Phillip Rosenblum's Request for an Extension of Time to File Objections to Magistrates Findings and Recommendations (Doc. #27) is GRANTED.

**IT IS FURTHER ORDERED that** Plaintiff Rosenblum will file his Objections on or before April 17, 2009.

DATED: March 20, 2009.

PHILIP M. PRO
United States District Judge